UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KAREN M. MAURO-MACKEY                                                                          PLAINTIFF

v.                                             No. 2:19-CV-02086

ANDREW SAUL, Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 17) from United States Magistrate Judge Barry A. Bryant.  Plaintiff Karen M. Mauro-Mackey has filed objections (Doc. 18).  The Court has reviewed the report and recommendations and social security transcript de novo with respect to Plaintiff's objections.  28 U.S.C. § 636(b)(1).  Plaintiff's objections offer neither law nor fact requiring departure from the report and recommendations, and the report and recommendations are ADOPTED IN FULL.

IT IS THEREFORE ORDERED that the decision of the Commissioner of Social Security to deny Plaintiff's application is AFFIRMED and this case is DISMISSED WITH PREJUDICE.  Judgment will be entered separately.

IT IS SO ORDERED this 28th day of August, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE